## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Global Values

                                      Plaintiff,

v.                                                                       Case No.: 1:22−cv−04291

                                                                             Honorable Franklin U. Valderrama

United States Small Business Administration

                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 29, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: Plaintiff filed a suggestion of bankruptcy [36] informing the Court that Plaintiff filed for bankruptcy on 12/04/2023. Therefore, all proceedings in this Court are stayed pursuant to 11 U.S.C. § 362. The parties are ordered to file a status report within 7 days of the Bankruptcy Court's lifting of the automatic stay. In the meantime, the parties' pending cross−motions for summary judgment [16][19] are stricken without prejudice and with leave to refile instanter when this case may proceed. Emailed notice (axc).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.